# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE FREEMAN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ALLENTOWN SCHOOL DISTRICT,** | : | **NO. 17-4142** |
| **Defendant.** | | |

## ORDER

AND NOW, this 4th day of October, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. In accordance with the Court's memorandum, the complaint is DISMISSED without prejudice to plaintiff's right to obtain an attorney who may file a complaint on behalf of plaintiff's children.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Lawrence F. Stengel*
**LAWRENCE F. STENGEL, C.J.**